21375. WHEELER v. PIONEER INVESTMENTS, INC., *et al.*

Mobley, Justice. "One who seeks rescission of a contract on the ground of fraud must restore, or offer to restore, the consideration received thereunder, as a condition precedent to bringing the action; and a petition which fails to allege restoration or offer to restore before institution of the suit is demurrable." *Williams v. Fouche,* 157 Ga. 227 (121 SE 217); *Ga. Baptist Orphans Home v. Moon,* 192 Ga. 81 (14 SE2d 590); *Puckett v. Reese,* 203 Ga. 716 (48 SE2d 297); *Dumas v. Burleigh,* 209 Ga. 241 (71 SE2d 545). Accordingly, under the rule of the above-quoted decisions, the trial judge did not err in sustaining a general demurrer to the petition in the case under consideration as the petition which sought rescission of a deed to secure debt and note on the ground of fraud, failed to allege restoration or offer to restore prior to the institution of the suit.

*Judgment affirmed. All the Justices concur.*

Submitted September 14, 1961—Decided October 5, 1961—Rehearing denied October 24, 1961.

*William A. Thomas,* for plaintiff in error.

*Marvin H. Shoob, A. Tate Conyers, Shoob & McLain, Carpenter, Karp & Mathews,* contra.